# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NANETTE MONDEAU ELLIS,

    Plaintiff,

v.

WELLS FARGO BANK, N.A., *et al.*,

    Defendants.

Case No. 2:12-CV-0070-KJD-RJJ

**ORDER**

Presently before the Court is Defendant MTC Financial Inc.'s Motion to Dismiss (#7). Plaintiff filed a response (#9). In response, Plaintiff asserts that she consents to dismissal of the present action.

Accordingly, IT IS HEREBY ORDERED that Defendant MTC Financial Inc.'s Motion to Dismiss (#7) is **GRANTED**;

IT IS FURTHER ORDERED that the Clerk of the Court enter **JUDGMENT** for Defendant MTC Financial, Inc. and against Plaintiff.

DATED this 23rd day of August 2012.

_____
Kent J. Dawson
United States District Judge